| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| UZZI O. RAANAN (State Bar No. 162747)<br>uraanan@DanningGill.com<br>DANNING, GILL, ISRAEL & KRASNOFF, LLP<br>1901 Avenue of the Stars, Suite 450<br>Los Angeles, California 90067-6006<br>Tel.: (310) 277-0077<br>Fax: (310) 277-5735<br><br>☐ *Individual appearing without attorney*<br>☒ *Attorney for Plaintiff Jerry Namba, Chapter 7 Trustee* | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - NORTHERN DIVISION**

| | |
|---|---|
| In re:<br><br>AMPERSAND PUBLISHING, LLC dba SANTA BARBARA NEWS-PRESS,<br><br>                                             Debtor(s)<br><br>JERRY NAMBA, Chapter 7 Trustee,<br><br>                                             Plaintiff(s),<br><br>                        vs.<br><br>715 ANACAPA, LLC, a California limited liability company; and 725 KELLOGG, LLC, a California limited liability company,<br><br>                                             Defendant. | CASE NO.: 9:23-bk-10601-RC<br>CHAPTER: 7<br>ADVERSARY NO.: 9:23-ap-01067-RC<br><br>**NOTICE OF LODGMENT OF ORDER OR JUDGMENT IN ADVERSARY PROCEEDING**<br>**RE:** (title of motion[1]): <u>MOTION FOR LEAVE TO AMEND COMPLAINT</u> |

PLEASE TAKE NOTE that the order or judgment titled <u>ORDER GRANTING TRUSTEE'S MOTION FOR LEAVE TO AMEND COMPLAINT</u> was lodged on <u>August 7, 2024</u> and is attached. This order relates to the motion which is docket number <u>33</u>.

---

[1] Please abbreviate if title cannot fit into text field

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012*    *Page 1*    **F 9021-1.2.ADV.NOTICE.LODGMENT**
1776307.1  27196

# EXHIBIT A

1  BRAD D. KRASNOFF (State Bar No. 125065)
   *bkrasnoff@DanningGill.com*
2  ERIC P. ISRAEL (State Bar No. 132426)
   *eisrael@DanningGill.com*
3  UZZI O. RAANAN (State Bar No. 162747)
   *uraanan@DanningGill.com*
4  DANNING, GILL, ISRAEL & KRASNOFF, LLP
   1901 Avenue of the Stars, Suite 450
5  Los Angeles, California 90067-6006
   Telephone: (310) 277-0077
6  Facsimile: (310) 277-5735

7  Attorneys for Plaintiff Jerry Namba,
   Chapter 7 Trustee

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# NORTHERN DIVISION

| | |
|---|---|
| In re<br><br>AMPERSAND PUBLISHING, LLC dba SANTA BARBARA NEWS-PRESS,<br><br>Debtor. | Case No. 9:23-bk-10601-RC<br><br>Chapter 7 |
| JERRY NAMBA, Chapter 7 Trustee,<br><br>Plaintiff,<br><br>vs.<br><br>715 ANACAPA, LLC, a California limited liability company; and 725 KELLOGG, LLC, a California limited liability company,<br><br>Defendants. | Adv. No. 9:23-ap-01067-RC<br><br>**ORDER GRANTING TRUSTEE'S MOTION FOR LEAVE TO AMEND COMPLAINT**<br><br>Date: August 7, 2024<br>Time: 9:00 a.m.<br>Place: Courtroom 201<br>1415 State Street<br>Santa Barbara, California 93101 |

On August 7, 2024, at the above date and time, a hearing was held on Plaintiff Jerry Namba's, the Chapter 7 trustee for the bankruptcy estate of Ampersand Publishing, LLC ("Plaintiff"), Motion (the "Motion") for Leave to Amend Complaint (*Docket No.* 33), the Honorable Ronald A. Clifford, III, United States Bankruptcy Judge, presiding. Appearances by counsel were as stated on the record.

The Court having read and considered the Motion, the Opposition filed by Defendants 715 Anacapa, LLC and 725 Kellogg, LLC (*Docket No.* 36), and the Reply in Support of Trustee's Motion for Leave to

Amend Complaint (*Docket No.* 37), having posted a detailed tentative ruling (the "Tentative Ruling"), and having heard the oral arguments of counsel at the hearing, it is hereby,

**ORDERED THAT**:

1. The Tentative Ruling is adopted as the Court's final ruling;
2. The Motion is granted in full;
3. The Trustee is ordered to file his proposed amended complaint by August 16, 2024.

###

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is 1901 Avenue of the Stars, Suite 450, Los Angeles, CA 90067-6006.

A true and correct copy of the foregoing document entitled: **NOTICE OF LODGMENT OF ORDER OR JUDGMENT IN ADVERSARY PROCEEDING** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On August 7, 2024  I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page.

**2. SERVED BY UNITED STATES MAIL**:
On August 7, 2024 , I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page.

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| August 7, 2024 | Beverly Lew | /s/ Beverly Lew |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012                                      Page 2                        F 9021-1.2.ADV.NOTICE.LODGMENT
1776307.1  27196

**ADDITIONAL SERVICE INFORMATION (if needed):**

**1. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")**

Michael G D'Alba on behalf of Plaintiff Jerry Namba
mgd@lnbyg.com

Zachary Truman Elsea on behalf of Defendant 715 Anacapa, LLC, a California limited liability company
zelsea@eisnerlaw.com

Zachary Truman Elsea on behalf of Defendant 725 Kellogg, LLC, a California limited liability company
zelsea@eisnerlaw.com

Eric P Israel on behalf of Plaintiff Jerry Namba
eisrael@danninggill.com, danninggill@gmail.com;eisrael@ecf.inforuptcy.com

Ashlee N Lin on behalf of Defendant 715 Anacapa, LLC, a California limited liability company
alin@eisnerlaw.com

Ashlee N Lin on behalf of Defendant 725 Kellogg, LLC, a California limited liability company
alin@eisnerlaw.com

Jerry Namba (TR)
jnambalaw@yahoo.com,
jn01@trustesolutions.net;lgrahl@fsscommerce.com;jnambaepiq@earthlink.net

Uzzi O Raanan, ESQ on behalf of Plaintiff Jerry Namba
uraanan@DanningGill.com, DanningGill@gmail.com;uraanan@ecf.inforuptcy.com

Uzzi O Raanan, ESQ on behalf of Trustee Jerry Namba (TR)
uraanan@DanningGill.com, DanningGill@gmail.com;uraanan@ecf.inforuptcy.com

United States Trustee (ND)
ustpregion16.nd.ecf@usdoj.gov

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012*      *Page 3*      **F 9021-1.2.ADV.NOTICE.LODGMENT**
1776307.1  27196