Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address

D. EDWARD HAYS, #162507
ehays@marshackhays.com
TINHO MANG, #322146
tmang@marshackhays.com
MARSHACK HAYS WOOD LLP
870 Roosevelt
Irvine, California 92620
Telephone: (949) 333-7777
Facsimile: (949) 333-7778

*Attorney for:* JERRY NAMBA, Chapter 7 Trustee

FOR COURT USE ONLY

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - NORTHERN DIVISION**

In re:
AMPERSAND PUBLISHING, LLC, dba SANTA BARBARA NEWS-PRESS,

Debtor(s).

JERRY NAMBA, Chapter 7 Trustee,

Plaintiff(s),

vs.

715 ANACAPA, LLC, a California limited liability company; 725 KELLOGG, LLC, a California limited liability company, and WENDY McCAW, an individual,

Defendant(s).

CASE NO.: 9:23-bk-10601-RC

ADVERSARY NO.: 9:23-ap-01067-RC
(*if applicable*)

CHAPTER: 7

**SUBSTITUTION OF ATTORNEY**
**[LBR 2091-1(b)]**

1. The name(s) of the party(ies) making this Substitution of Attorney *(specify)*:

   JERRY NAMBA, Chapter 7 Trustee

2. The name, address, telephone number, and email address of the new attorney are *(specify)*:

   D. EDWARD HAYS, #162507 / TINHO MANG, #322146
   ehays@marshackhays.com / tmang@marshackhays.com
   MARSHACK HAYS WOOD LLP, 870 Roosevelt, Irvine, CA 92620
   Telephone: (949) 333-7777 / Facsimile: (949) 333-7778

3. New attorney hereby appears in the following matters: ☒ the bankruptcy case ☒ the adversary proceeding

4. The new attorney is substituted as attorney of record in place instead of the present attorney. *(Specify name of present attorney)*:

DANNING, GILL, ISRAEL & KRASNOFF, LLP

Date: 01/23/2025

Signature of party

Jerry Namba, Chapter 7 Trustee
Printed name of party

Signature of *second* party (if applicable)

Printed name of *second* party (if applicable)

Signature of *third* party (if applicable)

Printed name of *third* party (if applicable)

Signature of *fourth* party (if applicable)

Printed name of *fourth* party (if applicable)

I consent to the above substitution.

Date: 01/23/2025

Signature of present attorney

ERIC P. ISRAEL for Danning, Gill, Israel & Krasnoff, LLP
Printed name of present attorney

I am duly admitted to practice in this district. The above substitution is accepted.

Date: 01/23/2025

*/s/ Tinho Mang*
Signature of new attorney

D. Edward Hays, Esq. / Tinho Mang, Esq.
Printed name of new attorney

**IMPORTANT NOTICE**

Filing of this Substitution of Attorney form does not replace the need to be employed pursuant to the Bankruptcy Code. See LBR 2014-1 regarding the requirements and procedures for making an application to employ an attorney.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

870 Roosevelt, Irvine, CA 92620

A true and correct copy of the foregoing document entitled: **SUBSTITUTION OF ATTORNEY** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 02/07/2025, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) 02/07/2025, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) 02/07/2025, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

PURSUANT TO PURSUANT TO APPENDIX F, SECTION 2.2 OF THE COURT MANUAL,
A JUDGE'S COPY IS NOT REQUIRED FOR THIS FILING.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 02/07/2025 | Chanel Mendoza | /s/ Chanel Mendoza |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):** CONTINUED:

- **ATTORNEY FOR INTERESTED PARTY NP 2024 LLC:** William C Beall will@beallandburkhardt.com, carissa@beallandburkhardt.com
- **ATTORNEY FOR CHAPTER 7 TRUSTEE AND PLAINTIFF JERRY NAMBA:** Michael G D'Alba mgd@lnbyg.com
- **ATTORNEY FOR DEFENDANT 715 ANACAPA, LLC, A CALIFORNIA LIMITED LIABILITY COMPANY; DEFENDANT 725 KELLOGG, LLC, A CALIFORNIA LIMITED LIABILITY COMPANY; and DEFENDANT WENDY MCCAW:** Zachary Truman Elsea zelsea@eisnerlaw.com
- **ATTORNEY FOR DEBTOR AMPERSAND PUBLISHING, LLC:** Anthony A. Friedman aaf@lnbyg.com
- **ATTORNEY FOR CHAPTER 7 TRUSTEE AND PLAINTIFF JERRY NAMBA:** Eric P Israel eisrael@danninggill.com, danninggill@gmail.com; eisrael@ecf.inforuptcy.com
- **ATTORNEY FOR CHAPTER 7 TRUSTEE JERRY NAMBA:** Brad Krasnoff bkrasnoff@DanningGill.com, danninggill@gmail.com; bkrasnoff@ecf.inforuptcy.com
- **ATTORNEY FOR DEFENDANT 715 ANACAPA, LLC, A CALIFORNIA LIMITED LIABILITY COMPANY; DEFENDANT 725 KELLOGG, LLC, A CALIFORNIA LIMITED LIABILITY COMPANY; and DEFENDANT AND RESPONDENT WENDY MCCAW:** Ashlee N Lin alin@eisnerlaw.com
- **CHAPTER 7 TRUSTEE JERRY NAMBA:** Jerry Namba (TR) jnambalaw@yahoo.com, jn01@trustesolutions.net; lgrahl@fsscommerce.com; jnambaepiq@earthlink.net
- **INTERESTED PARTY COURTESY NEF:** Reed H Olmstead reed@olmstead.law, r41602@notify.bestcase.com
- **ATTORNEY FOR CHAPTER 7 TRUSTEE AND PLAINTIFF JERRY NAMBA:** Uzzi O Raanan uraanan@DanningGill.com, DanningGill@gmail.com; uraanan@ecf.inforuptcy.com
- **US TRUSTEE:** United States Trustee (ND) ustpregion16.nd.ecf@usdoj.gov
- **ATTORNEY FOR CREDITOR NATIONAL LABOR RELATIONS BOARD:** Nayla Wren nayla.wren@nlrb.gov
- **ATTORNEY FOR INTERESTED PARTY KRISTEN L SCOTT:** Steven D Wyllie steven.wyllie@nlrb.gov

2. **SERVED BY UNITED STATES MAIL:** CONTINUED:

**DEBTOR**
AMPERSAND PUBLISHING, LLC
P.O. BOX 939
SANTA BARBARA, CA 93102

**REQUEST FOR SPECIAL NOTICE [DK 20]**
**INTERESTED PARTY**
SONOMA MEDIA
ATTN ERIC JOHNSTON
416 B STREET, SUITE C
SANTA ROSA, CA 95403

**REQUEST FOR SPECIAL NOTICE [DK 31]**
**INTERESTED PARTY**
SANTA BARBARA HISTORICAL MUSEUM
ATTN DACIA HARWOOD, EXECUTIVE DIRECTOR & CHRIS S ERVIN, CA, HEAD ARCHIVIST
136 EAST DE LA GUERRA STREET
SANTA BARBARA, CA 93101