| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| KRISTINE A. THAGARD, #094401<br>kthagard@marshackhays.com<br>TINHO MANG, #322146<br>tmang@marshackhays.com<br>DEVAN DE LOS REYES, #355913<br>ddelosreyes@marshackhays.com<br>MARSHACK HAYS WOOD LLP<br>870 Roosevelt<br>Irvine, CA 92620<br>Tel: (949) 333-7777<br>Fax: (949) 333-7778<br><br>☐ *Individual appearing without attorney*<br>☒ *Attorney for:* Plaintiff, Jerry Namba | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - NORTHERN DIVISION**

| | |
|---|---|
| In re:<br>AMPERSAND HOLDINGS, LLC dba SANTA BARBARA NEWS-PRESS,<br><br>Debtor(s). | CASE NO.: 9:23-bk-10601-RC<br>ADVERSARY NO.: 9:23-ap-01067-RC<br>CHAPTER: 7 |
| JERRY NAMBA, Chapter 7 Trustee,<br><br>Plaintiff(s).<br>vs.<br>715 ANACAPA, LLC, a California limited liability company; 725 KELLOGG, LLC, a California limited liability company; and WENDY MCCAW, an individual,<br><br>Defendant(s). | **JOINT STATUS REPORT**<br>**[LBR 7016-1(a)(2)]**<br><br>DATE: 09/09/2026<br>TIME: 9:00 am<br>COURTROOM: 201<br>ADDRESS: 1415 State Street<br>Santa Barbara, CA 93101 |

The parties submit the following JOINT STATUS REPORT in accordance with LBR 7016-1(a)(2):

**A. <u>PLEADINGS/SERVICE</u>:**

1. Have all parties been served with the complaint/counterclaim/cross-claim, etc. (Claims Documents)? ☒ Yes ☐ No
2. Have all parties filed and served answers to the Claims Documents? ☒ Yes ☐ No
3. Have all motions addressed to the Claims Documents been resolved? ☒ Yes ☐ No
4. Have counsel met and conferred in compliance with LBR 7026-1? ☒ Yes ☐ No

5. If your answer to any of the four preceding questions is anything other than an unqualified "YES," please explain below (*or on attached page*):

**B. READINESS FOR TRIAL:**

1. When will you be ready for trial in this case?

| Plaintiff | Defendant |
|---|---|
| Approximately 8 months | Approximately 8 months |

2. If your answer to the above is more than 4 months after the summons issued in this case, give reasons for further delay.

| Plaintiff | Defendant |
|---|---|
| Party depositions have not yet been conducted and are expected to be completed in October-November. Afterwards, cross-motions for summary judgment. | Defendants expects discovery to be completed by arpproximately November 2026. Thereafter, the parties intend to file cross-motions for summary judgment. |

3. When do you expect to complete your discovery efforts?

| Plaintiff | Defendant |
|---|---|
| By November 2026. | Approximately November 2026. |

4. What additional discovery do you require to prepare for trial?

| Plaintiff | Defendant |
|---|---|
| Depositions of PMKs for corporate defendants and third-party accountants. Parties are discussing whether an expert is necessary in this case. | Parties are discussing whether an expert is necessary in this case. |

**C. TRIAL TIME:**

1. What is your estimate of the time required to present your side of the case at trial (*including rebuttal stage if applicable*)?

| Plaintiff | Defendant |
|---|---|
| 3 days | 3 days |

2. How many witnesses do you intend to call at trial (*including opposing parties*)?

| Plaintiff | Defendant |
|---|---|
| 5-8 | 5-8 |

3. How many exhibits do you anticipate using at trial?

| Plaintiff | Defendant |
| --- | --- |
| 40+ | 40+ |

**D. PRETRIAL CONFERENCE:**

A pretrial conference is usually conducted between a week to a month before trial, at which time a pretrial order will be signed by the court. [See LBR 7016-1.] If you believe that a pre-trial conference is not necessary or appropriate in this case, please so note below, stating your reasons:

| Plaintiff | Defendant |
| --- | --- |
| Pretrial conference ☒ is ☐ is not requested<br>Reasons: | Pretrial conference ☒ is ☐ is not requested<br>Reasons: |

| Plaintiff | Defendant |
| --- | --- |
| Pretrial conference should be set after:<br>(*date*) 06/01/2027 | Pretrial conference should be set after:<br>(*date*) 06/01/2027 |

**E. SETTLEMENT:**

1. What is the status of settlement efforts?
   Previously, Trustee made settlement overtures for the sale of the subject properties and division of the proceeds. Prior counsel for defendants declined to negotiate a settlement. Trustee remains open to a consensual sale of the subject properties and division of the proceeds.

2. Has this dispute been formally mediated? ☐ Yes ☒ No
   If so, when?

3. Do you want this matter sent to mediation at this time?

| Plaintiff | Defendant |
| --- | --- |
| ☐ Yes ☒ No | ☐ Yes ☒ No |

**F. FINAL JUDGMENT/ORDER:**

Any party who contests the bankruptcy court's authority to enter a final judgment and/or order in this adversary proceeding must raise its objection below. Failure to select either box below may be deemed consent.

| Plaintiff | Defendant |
|---|---|
| ☒ I do consent | ☒ I do consent |
| ☐ I do not consent | ☐ I do not consent |
| to the bankruptcy court's entry of a final judgment and/or order in this adversary proceeding. | to the bankruptcy court's entry of a final judgment and/or order in this adversary proceeding. |

**G. ADDITIONAL COMMENTS/RECOMMENDATIONS RE TRIAL:** (*Use additional page if necessary*)

Plaintifff's comments:
After the conclusion of discovery, the parties have conferred regarding their mutual intentions to file cross-motions for summary judgment which, if successful, may obviate the need for trial, and the parties may stipulate to set deadlines and a proposed hearing for cross-motions for summary judgment. Additionally, and potentially depending on the outcome of those cross-motions for summary judgment, the parties are considering whether to stiuplate to a supplemental expert discovery schedule.

Defendants' comments:
Defendants agree that the parties' cross-motions for summary judgment may obviate the need for trial or narrow the issues for trial.

Respectfully submitted,

| | |
|---|---|
| Date: 08/26/2026 | Date: 08/26/2026 |
| MARSHACK HAYS WOOD LLP<br>Printed name of law firm | ERVIN COHEN & JESSUP LLP<br>Printed name of law firm |
| /s/ Tinho Mang<br>Signature | [signature]<br>Signature |
| TINHO MANG<br>Printed name | CHASE A. STONE<br>Printed name |
| Attorney for: Jerry Namba, Chapter 7 Trustee | Attorney for: Defendants 715 ANACAPA, LLC; 725 KELLOGG, LLC, a California limited liability company; and WENDY MCCAW, an individual. |

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

870 Roosevelt, Irvine, CA 92620

A true and correct copy of the foregoing document entitled: **JOINT STATUS REPORT [LBR 7016-1(a)(2)]** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) August 26, 2026, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) August 26, 2026, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) August 26, 2026, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

Per Judge Clifford's Courtroom Policies and Procedures – No Judges' Copies are required.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| August 26, 2026 | Chanel Mendoza | /s/ Chanel Mendoza |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

1. **<u>TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)</u>**: Continued:

- ATTORNEYS FOR DEFENDANTS 715 ANACAPA, LLC, 725 KELLOGG, LLC, AND WENDY MCCAW: Danielle R Gabai dgabai@ecjlaw.com, dgabai@ecf.courtdrive.com;aantonio@ecjlaw.com;dperez@ecjlaw.com
- ATTORNEYS FOR PLAINTIFF: D Edward Hays ehays@marshackhays.com, ehays@ecf.courtdrive.com;alinares@ecf.courtdrive.com;cmendoza@marshackhays.com;cmendoza@ecf.courtdrive.com
- ATTORNEYS FOR PLAINTIFF: Tinho Mang tmang@marshackhays.com, tmang@ecf.courtdrive.com;alinares@ecf.courtdrive.com;cmendoza@ecf.courtdrive.com;cmendoza@marshackhays.com
- ATTORNEYS FOR DEFENDANTS 715 ANACAPA, LLC, 725 KELLOGG, LLC, AND WENDY MCCAW: Byron Z Moldo bmoldo@ecjlaw.com, aantonio@ecjlaw.com,dperez@ecjlaw.com,scarson@ecjlaw.com
- PLAINTIFF: Jerry Namba (TR) jnambalaw@yahoo.com, jn01@trustesolutions.net;lgrahl@fsscommerce.com;jnambaepiq@earthlink.net
- ATTORNEYS FOR DEFENDANTS 715 ANACAPA, LLC, 725 KELLOGG, LLC, AND WENDY MCCAW: Chase Aleksander Stone cstone@ecjlaw.com, aantonio@ecjlaw.com,dperez@ecjlaw.com,scarson@ecjlaw.com
- ATTORNEYS FOR PLAINTIFF: Kristine A Thagard kthagard@marshackhays.com, kthagard@ecf.courtdrive.com;alinares@ecf.courtdrive.com
- U.S. TRUSTEE: United States Trustee (ND) ustpregion16.nd.ecf@usdoj.gov